UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY METALS GROUP, LLC, a Washington limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>EXECUTIVE LIEN & CONTRACTOR SERVICES, INC., an Arizona corporation; and MARTY K. GRANT, an individual,<br><br>            Defendants. | NO: 2:15-CV-154-RMP<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT |

BEFORE the Court, without oral argument, is Plaintiff River City Metals Group, LLC's Motion for Entry of Default Judgment, **ECF No. 9**, filed on October 30, 2015. A Clerk's Order of Default was entered against Defendant Executive Lien & Contractor Services, Inc. on August 28, 2015. ECF No. 8.

Plaintiff moves for entry of default judgment in its favor and for an award of $486,629.80 in damages and $930 in fees and costs incurred in litigating this matter. ECF No. 9-1. After considering the submitted materials, including

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT ~ 1

counsel's affidavit, and the records and files herein, the Court is fully informed and finds entry of default judgment in Plaintiff's favor is appropriate as against Defendant Executive Lien & Contractor Services, Inc. Fed. R. Civ. P. 54(b). Claims against Defendant Marty K. Grant remain open.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Entry of Default Judgment, **ECF No. 9** is **GRANTED**.

2. Judgment is to be entered for Plaintiff River City Metals Group, LLC, against Defendant Executive Lien & Contractor Services, Inc., only.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, **terminate Executive Lien & Contractor Services, Inc. as a defendant in this matter**, and provide copies to all parties.

**DATED** this 3rd day of December 2015.

                        *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                        Chief United States District Judge