# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RIVER CITY METALS GROUP, LLC, a Washington limited liability company,<br><br>*Plaintiff*<br>v.<br>EXECUTIVE LIEN & CONTRACTOR SERVICES INC, an Arizona corporation, MARTY K. GRANT,<br><br>*Defendant* | )<br>)<br>)<br>)   Civil Action No. 2:15-CV-154-RMP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: decided by the Honorable Rosanna Malouf Peterson on a Motion for Default Judgment.  Judgment is hereby entered in favor of Plaintiff River City Metals Group, LLC against Defendant Executive Lien & Contractor Services, Inc. in the total amount of $487,559.80 ($486,629,80 in damages and $930 in fees and costs).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 3, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb