UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY METALS GROUP, LLC, a Washington limited liability company,<br><br>           Plaintiff,<br><br>    v.<br><br>EXECUTIVE LIEN & CONTRACTOR SERVICES, INC., an Arizona corporation; and MARTY K. GRANT, an individual,<br><br>           Defendants. | NO: 2:15-CV-154-RMP<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT |

BEFORE the Court, without oral argument, is Plaintiff River City Metals Group, LLC's Motion for Entry of Default Judgment Against Marty K. Grant, **ECF No. 16**, filed on February 16, 2016.  A Clerk's Order of Default was entered against Defendant Marty K. Grant on December 21, 2015.  ECF No. 15.

Plaintiff moves for entry of default judgment in its favor and for an award of $486,629.80 in damages and $786.16 in fees and costs incurred in litigating this matter.  ECF Nos. 16 and 17.  After considering the submitted materials, including

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT ~ 1

counsel's affidavit, and the records and files herein, the Court is fully informed and finds entry of default judgment in Plaintiff's favor is appropriate as against Defendant Marty K. Grant. Fed. R. Civ. P. 54(b). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Entry of Default Judgment against Marty K. Grant, **ECF No. 16**, is **GRANTED**.

2. Judgment is to be entered for Plaintiff River City Metals Group, LLC, against Defendant Marty K. Grant in the amount of **$486,629.80 in damages and $786.16 in fees and costs**.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, and provide copies to all parties, and **close the case**.

**DATED** this 14th day of March 2016.


   *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   United States District Judge

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT ~ 2