# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RIVER CITY METALS GROUP, LLC, a Washington limited liability company,

*Plaintiff*

v.

EXECUTIVE LIEN & CONTRACTOR SERVICES, INC., an Arizona corporation; and MARTY K. GRANT, an individual,

*Defendant*

Civil Action No. 2:15-CV-154-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is in favor of Plaintiff River City Metals Group, LLC, against Defendant Marty K. Grant in the amount of $486,629.80 in damages and $786.16 in fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: March 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer